No. 56. TEXAS GULF SULPHUR CO. ET AL. v. PORTLAND GAS LIGHT CO. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Forrest E. Single* for petitioners. *Mr. Carl C. Jones* for respondent.

No. 59. CRANE ET AL. v. UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Joseph M. Hartfield* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Bradley B. Gilman,* and *Wm. H. Riley, Jr.,* for the United States.

No. 60. EDDY'S STEAM BAKERY, INC. v. RASMUSSON, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. B. Weir* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John G. Remey,* and *Wm. H. Riley, Jr.,* for respondent.

No. 61. HEIDT v. UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Nat Louis Hardy* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson* and *Messrs. Whitney North Seymour* and *Wm. H. Riley, Jr.,* for the United States.

No. 62. PALMOLIVE CO. v. CONWAY ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court